**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

September 27, 2019

MEMORANDUM TO COUNSEL

  Re: *Transamerica Premier Life Insurance Co. et al. v. Selman & Co., LLC*
     Civil Action No. ELH-18-3962

Dear Counsel:

  The Editorial Staff at West Publishing recently advised me that it has selected the Court's Memorandum Opinion of July 9, 2019 (ECF 19) for publication in the Federal Supplement.

  In the course of reviewing the Memorandum Opinion for purposes of print publication, I have made a handful of non-substantive, typographical corrections. The revised version will be docketed.

  I reiterate that the substance of the Memorandum Opinion has not been altered. The Order (ECF 20), issued on July 9, 2019, is unchanged.

           Very truly yours,

           /s/
           Ellen Lipton Hollander
           United States District Judge